[No. 2050]

JOHN W. LAWSON, Respondent, *v.* HALIFAX–
TONOPAH MINING COMPANY, Appellant.

[See page 591, *ante*]

[Note—Writ of error to the Supreme Court of the United States granted.]